99-110.oa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-110 CIV UUB

ERIC NESTLER,

    Plaintiff,

vs.

FOUNDATION HEALTH SYSTEMS,
INC., and FOUNDATION HEALTH,
a SOUTH FLORIDA HEALTH PLAN,
INC.,

    Defendants.
_____/



## ORDER STRIKING AMENDED MOTION FOR RULE 11 SANCTIONS AND REQUEST FOR HEARING

**This matter** is before this Court on Defendant's Motion to Strike Plaintiff's Amended Motion For Rule 11 Sanctions and Request for Hearing, filed September 28, 1999. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C. The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**.

**DONE AND ORDERED** this 3RD day of December, 1999, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
       Stephanie Alexander, Esq.
       Peter W. Zinober, Esq.