UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 99-110-CIV-UNGARO-BENAGES
Magistrate Judge Brown

ERIC NESTLER,

        Plaintiff,

vs.

FOUNDATION HEALTH SYSTEMS,
INC., et al.

        Defendant(s).
_____/

## RE-NOTICE OF EVIDENTIARY HEARING

THIS MATTER was before the Court upon the Defendant's Emergency Motion to Disqualify Counsel. Pursuant to proceedings held on December 15, 1999 it is hereby ordered and adjudged that the hearing on the aforementioned motion shall take place on **Friday, January 21, 2000 at 10:00 A.M. at the United States District Court, 300 N.E. 1st Ave., Miami, Florida, Courtroom VIII.**

Requests for continuance of this hearing shall not be considered unless addressed to the Court in the form of a written motion at least four days before the hearing.

This Court's initial notice of hearing (D.E. 50) is hereby modified to reflect that one full day has been reserved for the hearing. In all other respects the initial notice of hearing (D.E.

50)   shall govern this hearing.

**DONE AND ORDERED** this 12th day of January, 2000, at Miami, Florida.

```
_____
STEPHEN T. BROWN
U. S. MAGISTRATE JUDGE
```

cc:   Hon. Ursula Ungaro-Benages
      Stephanie Alexander, Esq.
      Peter W. Zinober, Esq.