99-110.osc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 99-110 CIV UUB

ERIC NESTLER,

    Plaintiff,

vs.

FOUNDATION HEALTH SYSTEMS,
INC., and FOUNDATION HEALTH,
a SOUTH FLORIDA HEALTH PLAN,
INC.,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

    **This matter** is before this Court on the arbitrator's Renewed Motion for Issuance of Rule to Show Cause Why Plaintiff Should Not be Held in Contempt, filed March 20, 2003. The Court has considered the motion, noted the lack of a response thereto, and considered all pertinent materials in the file. The failure to respond may be deemed grounds to grant the motion by default pursuant to Local Rule 7.1.C.

    The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. The motion for Rule to Show cause is **GRANTED.**

    2. Plaintiff shall have twenty (20) days from the date of this order to show good cause, in writing, why he should not be held in contempt of court for failure to comply with Judge



Ungaro-Benages' order of January 24, 2003.

3. **FAILURE TO COMPLY WITH THIS ORDER SHALL RESULT IN A RECOMMENDATION OF CONTEMPT TO THE DISTRICT JUDGE AND MAY RESULT IN THE INCARCERATION OF THE PLAINTIFF.**

**DONE AND ORDERED** this 17th day of April, 2003, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Ursula Ungaro Benages
Peter W. Zinober, Esq.
Eric Nestler, P.O. Box 771205, Coral Springs, Fl. 33077